No. 09-9752. Anthony Thomas Chernetsky, Petitioner v. Catherine Cortez Masto, Attorney General of Nevada, et al.

560 U.S. 912, 130 S. Ct. 3292, 176 L. Ed. 2d 1197, 2010 U.S. LEXIS 3974.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9761. Laurence Dean Jackson, Jr., Petitioner v. Montana.

560 U.S. 912, 130 S. Ct. 3292, 176 L. Ed. 2d 1197, 2010 U.S. LEXIS 4041.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 354 Mont. 63, 221 P.3d 1213.

No. 09-9764. Miguel Cruz Sarinana, Petitioner v. Craig Farwell, Warden, et al.

560 U.S. 912, 130 S. Ct. 3292, 176 L. Ed. 2d 1197, 2010 U.S. LEXIS 4027.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9768. Justin Reata Stanton, Petitioner v. E. K. McDaniel, Warden, et al.

560 U.S. 912, 130 S. Ct. 3293, 176 L. Ed. 2d 1197, 2010 U.S. LEXIS 3898.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9769. ShanelAnn Stasz, Petitioner v. Michael Eisenberg, Trustee and Executor for the Trust and Estate of Hugo Quackenbush, Deceased.

560 U.S. 912, 130 S. Ct. 3293, 176 L. Ed. 2d 1197, 2010 U.S. LEXIS 3895.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9778. Byron Lawrence, Petitioner v. Joseph J. Piazza, et al.

560 U.S. 912, 130 S. Ct. 3293, 176 L. Ed. 2d 1197, 2010 U.S. LEXIS 4044.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-9787. Amr Mohsen, Petitioner v. Carol Wu, Chapter 7 Trustee, et al.

560 U.S. 912, 130 S. Ct. 3294, 176 L. Ed. 2d 1197, 2010 U.S. LEXIS 4047.

No. 09-9797. Juan Figueroa, Petitioner v. Washington.

560 U.S. 912, 130 S. Ct. 3294, 176 L. Ed. 2d 1197, 2010 U.S. LEXIS 3930.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

Same case below, 151 Wash. App. 1001.